LTD (8/8/08) psr

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re  ) Case No. **09–39313–rld13**
**Eugene Tyrone Alwine** )
**Bobbi Lee Alwine** ) Filing Date: 11/10/09
  Other names used by debtor:Gene Alwine ) CHAPTER 13 INITIAL LETTER TO DEBTOR
Debtor(s)

**IMPORTANT – Debtor(s) please read carefully:**

Your petition under Chapter 13 of the Bankruptcy Code was filed on the above date. A **NOTICE SETTING** the time and place of a **MEETING of CREDITORS SHOULD ALSO BE IN THIS ENVELOPE.** All of your property is now under the exclusive jurisdiction of the United States Bankruptcy Court. It is your duty to preserve it and to account for it to your trustee at that meeting. **YOU MUST ATTEND AND COMPLETE THE MEETING OR THE CASE MAY BE DISMISSED! (*IMPORTANT NOTES:*** (1) This meeting is **NOT** held at the court; AND (2) debtor **MUST BRING A PHOTO ID AND PROOF OF SOCIAL SECURITY NUMBER** to the meeting! For details see Explanation page of Notice of Meeting of Creditors.)

*IF* **THE NOTICE** of your meeting of creditors IS NOT in the same envelope as this letter, **CONTACT YOUR ATTORNEY IMMEDIATELY** for the meeting date, time and location!

**YOU MUST KEEP THE COURT, TRUSTEE, AND YOUR ATTORNEY ADVISED,** *IN WRITING,* **OF ANY CHANGE IN YOUR MAILING ADDRESS UNTIL YOUR CASE HAS BEEN CLOSED!** Until you have done so, all notices and orders will be mailed to the original address you gave us. **YOUR FAILURE TO RESPOND TO NOTICES OR ORDERS COULD RESULT IN DISMISSAL,** conversion of your case to a straight liquidation, or other serious consequences.

**PAYMENT ADVICES OR OTHER EVIDENCE OF EARNINGS.** DO NOT FILE these documents WITH the COURT! WITHIN 15 DAYS following the filing of your bankruptcy petition you MUST PROVIDE to the U.S. Trustee's Office at 620 SW Main St #213, Portland OR 97205–3026, copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the bankruptcy petition from any employer. COPIES MUST ALSO BE GIVEN to the Chapter 13 Trustee at the meeting of creditors.

**TAX RETURNS TO CHAPTER 13 TRUSTEE.** Within 7 days before the first date set for the meeting of creditors, you MUST PROVIDE to the Chapter 13 Trustee, at the address listed below, a copy of your most recently filed federal income tax return (or a transcript of such return). You MUST ALSO PROVIDE a copy of your most recently filed state income tax return (or a transcript of such return) to the Chapter 13 Trustee at the meeting of creditors. DO NOT FILE a copy WITH the COURT!

**THE TRUSTEE** appointed in your case is: Brian D. Lynch, 1300 SW 5th #1700, Portland OR, 97201, (503) 972–6300.

**EDUCATION REQUIREMENT.** You will not receive a discharge unless you complete an instructional course concerning personal financial management provided by an agency approved by the United States Trustee. You may obtain a list of authorized agencies at the court's web site: www.orb.uscourts.gov. You are to file with the court a Certificate of Completion of the Instruction Course no later than 45 days after the first date set for your meeting of creditors.

**\*\*\*\*\* PLEASE NOTE \*\*\*\*\***

This **CASE MAY BE DISMISSED** without further notice **IF EITHER:** (1) you fail to attend and complete the meeting of creditors; (2) all plan payments are not current at confirmation; (3) any document is not timely given to the trustee or filed; **OR** (4) any filing fee installment is not fully paid on time. **DO NOT** send cash or personal checks when making plan payments. **Be sure to** write your name **and** case number on all money orders and cashiers checks!!!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT – SEE OTHER SIDE FOR FURTHER INFORMATION!**

**ALL Debtor(s) please read carefully:**

1. You must immediately notify the trustee if you become unemployed or change jobs.

2. You must not incur any further credit, purchase anything on time, or borrow any money without the trustee's written permission.

3. You are not to dispose of any of your property, allow a secured or other creditor to take or repossess property without the written authority of this court.

4. If for any reason you cannot make your plan payments when due, you should notify your attorney and the trustee immediately; otherwise, the trustee will definitely move to dismiss or convert your case.

5. The court mails notice of a meeting of creditors to each creditor listed with a complete address (including city, state and zip code; or city and foreign country). If any creditor's address is incorrect, the notice might be returned to you and those debts may not be discharged. You will also receive a separate list of all creditors whose notices were not mailed due to an incomplete address. If you find a correct address or zip code you should mail a copy of that notice (or a copy of any other notice returned to you) to the creditor, and also complete and file Local Form #101. If it was the court's mistake, you must notify us in writing immediately. To add or delete creditors, however, you must use Local Form #728.

*** SEE OTHER SIDE FOR MORE INFORMATION ***

Dated: 11/10/09