# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re )
**Eugene Tyrone Alwine** )  Case No. **09–39313–rld13**
**Bobbi Lee Alwine** )
  *Other names used by debtor:*Gene Alwine )  341(a) WORKSHEET
Debtor(s) )
) First Meeting Date: 12/22/09
)
)
)

Debtor's Address: 28281 S. Dalmation Rd.      Jt. Debtor's Address: 28281 S. Dalmation Rd.
Mulino, OR 97042            Mulino, OR 97042

Attorney: TODD TRIERWEILER            Trustee: Brian D. Lynch

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;    *AND* THEREFORE
the TRUSTEE STATES THAT (CHECK at least ONE AND ALL that apply);

( ) No further examination required of joint debtor who failed to complete meeting.

( ) Commencement of dismissal procedure is appropriate.

( ) Within 10 days trustee will submit form #750.3 (re: no dismissal).

( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

( ) Notice was given to all that 341 mtg adjourned to _____(time), on _____(date),

at the location of _____ FOR THE REASON THAT:

_____

(NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
and debtor(s)' attorney, by the clerk, if neither were present.)

( ) Notice of adjourned 341 mtg. required BECAUSE _____,

could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:            ( ) Jt. Debtor's Change of Address:

## PERSONS ATTENDING MEETING

PRINT Your Name                  PRINT Name of Person or Business You Represent

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____