**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OSVRCD (7/26/04) dtl

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Eugene Tyrone Alwine
Bobbi Lee Alwine**
 Other names used by debtor: Gene Alwine
Debtor(s)

Case No. **09–39313–rld13**

ORDER OF ADMINISTRATIVE SEVERANCE OF CASE; AND, REGARDING ONLY THE DEBTOR NAMED IN POINT 2 BELOW, ASSIGNMENT OF NEW BANKRUPTCY CASE NUMBER

It appearing the debtor, **Bobbi Lee Alwine, filed a motion to dismiss only that one debtor's case** now, therefore,

**IT IS ORDERED** that:

1. This case be administratively severed into two separate cases.

2. All future documents for filing that pertain to debtor **Bobbi Lee Alwine** must **BOTH**:

    a. show only the **NEW** case number **10–31675–rld13;** AND

    b. show only the name of the debtor **Bobbi Lee Alwine.**

3. All future documents for filing that pertain to debtor **Eugene Tyrone Alwine** must **BOTH**:

    a. show only the **ORIGINAL** case number **09–39313–rld13;** AND

    b. show only the name of the debtor **Eugene Tyrone Alwine.**

###