Wayne Godare
Chapter 13 Bankruptcy Trustee
1300 S.W. Fifth Avenue, Suite 1700
Portland, OR 97201
503.972.6300

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re ) Case No. 309-39313-RLD13
)
   EUGENE T ALWINE ) STATEMENT OF FAILURE TO COMPLY
) WITH ORDER RESOLVING
) TRUSTEE MOTION TO DISMISS
)
                Debtor(s). )

Wayne Godare, Chapter 13 Bankruptcy Trustee ("Trustee"), represents as follows:

1. On **February 23, 2012** this court entered an Order requiring the debtor(s) to make regular plan payments for a period of six months beginning **March 2012.**
2. The Order stated that should debtor(s) fail to make the required payments the case would be dismissed without further hearing or notice.
3. The debtor(s) have failed to make their regular plan payments as required by the Order.

**Therefore, Trustee respectfully requests the Court enter an Order dismissing this case pursuant to the aforementioned Order.**

                                          /s/ Wayne Godare
                                          Wayne Godare, Trustee

I certify Trustee served a copy of this document on debtors by mail, at debtor's address as listed in the Court records, on June 6, 2012. I further certify that the debtor's attorney was served electronically via ECF on June 6, 2012.
                                          /s/ Kimberly Phillippe

STATEMENT OF FAILURE TO COMPLY WITH ORDER RESOLVING TRUSTEE MOTION TO DISMISS
                                                  TODD TRIERWEILER